SABRINA ROBERTSON AND WALTER ROBERTSON

VERSUS

THE KEARNEY COMPANIES, INC.

*     NO. 2020-CA-0605

*     COURT OF APPEAL

*     FOURTH CIRCUIT

*     STATE OF LOUISIANA

*

*

* * * * * * *

*RML*

**LEDET, J., CONCURS IN THE RESULT**